IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| EQUISEARCH SERVICES, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 08-cv-747-JPG-CJP |
| BARBARA A. DENZLER, Individually and as the Independent Administrator of the Estate of Richard E. Denzler, | ) | |
| Defendant. | ) | |

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: March 3, 2009

KEENAN G. CASADY, CLERK

s/Brenda K. Lowe, Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
 **U. S. DISTRICT JUDGE**